IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID LAM, *et al.*, ) | |
| ) | CASE NO. 1:16-cv-01563 |
| Plaintiffs, ) | |
| ) | JUDGE CHRISTOPHER BOYKO |
| -VS- ) | |
| ) | **PLAINTIFFS' AMENDED** |
| THE CITY OF CLEVELAND, ) | **RESPONSE TO THE CITY'S** |
| ) | **MOTION FOR SUMMARY** |
| Defendant. ) | **JUDGMENT** |
| ) | |

Plaintiff Leonard Graf (hereinafter, "the Reservist") hereby files this Amended Response, through Counsel, to the Defendant, the City of Cleveland's (hereinafter "the City") Motion for Summary Judgment (Doc.# 55, hereinafter "the Motion") and respectfully requests that this honorable Court deny it in accordance with Fed.Civ.R. 56(c). The facts and law regarding the Reservist's Response are contained in a Amended Brief in Opposition, which is attached and incorporated herein by reference, as if set forth below *verbatim*.

Respectfully submitted,

S/ Daniel G. Morris
Daniel G. Morris, Esq. (0040449)
The Law Offices of D. G. Morris, LLC
4205 Woodbridge Ave.
Cleveland, Ohio  44109
Tel:  (216) 965-1325
Fax:  (216) 965-1324
E-mail:  dmorrislaw18@ameritech.net
Attorney for the Plaintiff

1

**CERTIFICATE OF COMPLIANCE WITH LOC.R. 7.1(f)**

The Plaintiff, through Counsel, hereby certifies that as of this day this case has not yet been assigned to any track.  The Plaintiff further states that the attached Memorandum in Opposition is nineteen (19) pages long and within the page limitations of the Local Order.

S/ Daniel G. Morris
Daniel G. Morris (0040449)
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

The Plaintiff hereby certifies that on this 16th day of February 2018, a copy of the foregoing Amended Response to the City's Motion for Smmary Judgment was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

S/ Daniel G. Morris
Daniel G. Morris (0040449)
Attorney for the Plaintiff